*Northern District*
No. 6997
**JOSEPH RAY**
v.
**NATICK CAB., CO., INC. &
JESSE ELY**
v.
**VIVIAN RAY**

Argued: Feb. 19, 1969. Decided: March 19, 1969.
*Present:* Brooks, P.J., Connolly, Yesley, J.J.
Case tried to *Viola, J.,* in the Third District Court of Eastern Middlesex No. 2837 of 1968.
*Per Curiam:* This appeal is from a ruling of an interlocutory matter in a case not ripe for judgment.

The report does not clearly appear to be the report of the trial judge.

The case is remanded without prejudice to the Third District Court of Eastern Middlesex for a trial on the merits. *Patrick* v. *Mikolaitis,* 22 Mass. App. Dec. 167. *Pokrant* v. *Horrigan,* 20 Mass. App. Dec. 1. *Krock* v. *Consolidated Mines and Power Co.,* 286 Mass. 177.

FRANKLIN C. BRONSON
    for Plaintiff.
JOSEPH STASHIO
    for Defendant.